UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| G.W. ARU, LLC, and<br>COCHISE TECHNOLOGY, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>W.R. GRACE & CO.-CONN.,<br><br>    Defendant. | Civil Act. No. 1:22-cv-02636-JKB |

### NOTICE OF APPEARANCE OF AHMED J. DAVIS
### ON BEHALF OF DEFENDANT W.R. GRACE

Defendant W.R. Grace & Co.-Conn. files this Notice of Appearance of, and hereby notifies the Court that, Ahmed J. Davis of the law firm Fish & Richardson P.C., 1000 Maine Avenue, SW, Suite 1000, Washington, DC 20024, telephone (202) 783-5070, facsimile (202) 783-2331, is appearing as counsel for Defendant W.R. Grace in the above-captioned matter. It is respectfully requested that copies of all notices and documents issued by the Court and filed by the parties be served upon the undersigned counsel.

Respectfully submitted,

**FISH & RICHARDSON P.C.**

Dated: November 7, 2022      By: /s/ Ahmed J. Davis
Ahmed J. Davis (Bar No. 17812)
davis@fr.com
Timothy W. Riffe (*pro hac vice* to be filed)
riffe@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

*Counsel for Defendant W.R. Grace & Co.-Conn.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing **NOTICE OF APPEARANCE OF AHMED J. DAVIS ON BEHALF OF W.R. GRACE** has been filed with the Court's ECF systems, and thereby served all parties and counsel designated to receive such notices, on November 7, 2022.

      /s/ Ahmed J. Davis
Ahmed J. Davis (Bar No. 17812)
davis@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Phone: (202) 783-5070
Fax: (202) 783-2331