IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| G. W. ARU, LLC, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civ. No. JKB-22-2636 |
| W. R. GRACE & CO.-CONN., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

The Court has reviewed Defendant's Unopposed Motion to Modify the Scheduling and Discovery Order (ECF No. 176). The Court appreciates the Parties' agreement on sealing and confidentiality with respect to the summary judgment briefing, and the Court's order will reflect that agreement. Because the Parties anticipate filing cross motions for summary judgment, the Court agrees that it would be appropriate to schedule an additional reply date. The Court also agrees that the memorandum page limit should be increased in light of the fact that memoranda will relate to multiple motions and given the complexity of this case. However, the length requested by Defendant is excessive. Accordingly, it is ORDERED that Defendant's Motion (ECF No. 176) is GRANTED IN PART and DENIED IN PART, as follows:

1. With respect to the anticipated summary judgment briefing:

    a. The Party filing a memorandum in support of and/or in opposition to a motion for summary judgment shall provide the non-filing Party copies of all evidence to be submitted with such memorandum no less than three court days before the filing is due, including any redactions proposed by the filing Party; the non-filing Party shall provide its proposed redactions to the filing Party the following day; the Parties shall complete the meet and confer on redactions the day after; and the filing Party

shall redact its memorandum before filing in conformity with the redactions in the evidence resulting from the Parties' meet and confer.

b. Contemporaneously with the filing of any redacted document, the filing party shall file: (1) an appropriate Motion to Seal, with citation to authority; and (2) a sealed, unredacted version of the document, together with a highlighted version showing the proposed redactions.

2. The Scheduling Order (ECF No. 120, *as amended by* ECF No. 148) is AMENDED, as reflected in the table below. The table also reflects the page limits that shall be in effect for the Parties' briefs.

| Document | Deadline | Page Limit |
| --- | --- | --- |
| Plaintiffs' Initial Memorandum in support of their Motion for Summary Judgment | August 12, 2024 | 30 pages |
| Defendant's Memorandum in support of its Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment | September 6, 2024 | 45 pages |
| Plaintiffs' Reply Memorandum in support of their Motion for Summary Judgment and Opposition to Defendant's Cross-Motion for Summary Judgment | September 27, 2024 | 40 pages |
| Defendant's Reply Memorandum in Support of its Cross-Motion for Summary Judgment | October 18, 2024 | 15 pages |

DATED this ___6___ day of August, 2024.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge